of Estimate of the City of New York. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Rose Naitove, Also Known as Mrs. Samuel Naitove, Suing on Behalf of Herself and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Respondent, Samuel A. Schneider, Rose Orlinsky, Max Singer, Jeannette H. Levy, and Katherine Kleiber, Suing on Behalf of Themselves and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Appellants, v. George K. Morrow, Randolph Catlin, Frank P. Zimmerman, Wilbur L. Cummings, John Foster Dulles, Walter Chalaire, James F. Forsyth, Guy Lemmon, J. Edward Mount, Ray Morris, William K. Dick, Henry S. Sturgis, Clarence M. Woolley, Charles K. Mason, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Rose Naitove, Also Known as Mrs. Samuel Naitove, Suing on Behalf of Herself and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Respondent, Samuel A. Schneider, Rose Orlinsky, Max Singer, and Jeannette H. Levy, Suing on Behalf of Themselves and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Appellants, Katherine Kleiber, Suing on Behalf of Herself and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Plaintiff, v. George K. Morrow, Randolph Catlin, Frank P. Zimmerman, Wilbur L. Cummings, John Foster Dulles, Walter Chalaire, James F. Forsyth, Guy Lemmon, J. Edward Mount, Ray Morris, William K. Dick, Henry S. Sturgis, Clarence M. Woolley, Charles K. Mason, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Rose Naitove, Also Known as Mrs. Samuel Naitove, Suing on Behalf of Herself and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Respondent, Samuel A. Schneider, Suing on Behalf of Himself and All Other Holders of Voting Trust Certificates and All Other Stockholders of Hecker Products Corporation, Similarly Situated, Who May Come in and Contribute to the Expenses of This Action, Appellant, Rose Orlinsky and Others, etc., Plaintiffs, v. George K. Morrow, Randolph Catlin, Frank P. Zimmerman, Wilbur L. Cummings, John Foster Dulles, Walter Chalaire, James F. Forsyth, Guy Lemmon, J. Edward Mount, Ray Morris, William K. Dick, Henry S. Sturgis, Clarence M. Woolley, Charles K. Mason, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.